# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                 Case No. _____

**FERRER DEL RIO, JOVANNY**                            Chapter **13**
                     Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/29/2011**                      ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | |
|---|---|---|---|
| $ **377.00** | x **60** | = $ | **22,620.00** |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ **22,620.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **22,620.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ JOVANNY FERRER DEL RIO**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR \_\_\_ $_____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr._____   Cr._____   Cr._____
#_____   #_____   #_____
$_____   $_____   $_____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA AUTO**   Cr._____   Cr._____
# **9614959601**   #_____   #_____
$ **15,580.00**   $_____   $_____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr._____   Cr._____   Cr._____
#_____   #_____   #_____
$_____   $_____   $_____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
      ☐ Paid 100% / ☐ Other: _____
Cr._____   Cr._____   Cr._____
#_____   #_____   #_____
$_____   $_____   $_____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Hatillo Law Office**           Phone: **(787) 262-4848**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **FERRER DEL RIO, JOVANNY** _____  Case No. _____
                                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**PRIORITIES:$0**

1) DEBTOR WILL PAY TO CREDITOR BBVA AUTO ADEQUATE PROTECTION PAYMENTS FOR THE MONTHLY AMOUNT OF $150.00 PER MONTH. THESE PAYMENTS WILL BE MADE FROM THE FILING OF VOLUNTARY PETITION UNTIL PLAN CONFIRMATION DATE. IT WILL BE PAID BY THE TRUSTEE FROM THE FUNDS IN HANDS OF THE TRUSTEE.

2) DEBTOR WILL INSURE BBVA AUTO (MATURITY DATE JULY 18, 2014) THROUGH TRIPLE-S INSURANCE COMPANY AT A RATE OF $55.00 PER MONTH DURING 23 MONTHS FOR A TOTAL OF $1,275.00 OR THE AMOUNT ESTABLISHED IN TRIPLE-S PREMIUM CALCULATION.

3) TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE FUNDS.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only